IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
APR 1 5 2005
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JERALD DEMOND ABNER, MELVIN LYNE ABNER, DEBRA STARNES MIKEL BRACKEN, Minor Child and JA'DARRIAN DEVEREAUX, Minor Child, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF CONROE DRUG TASK FORCE, TROY ROBERTS, DAVID WOMACK, JOHN DOE NO. 1 and JOHN DOE NO. 2, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § Civil Action No. H-04-3380 |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Memorandum and Recommendation and finding no objections thereto, is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is **ORDERED** that the United States Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

SIGNED this ___15th___ day of April, 2005.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE